NEAL S. ZASLAVSKY (SBN 277543)
  neal@nszlegal.com
**LAW OFFICE OF NEAL S. ZASLAVSKY,
A PROFESSIONAL CORPORATION**
8335 Sunset Boulevard, Suite 101
West Hollywood, California 90069
Telephone: (323) 389-1881
Facsimile: (323) 389-1885

*Attorneys for Plaintiff, Neal S. Zaslavsky*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEAL S. ZASLAVSKY**, an individual, <br><br> Plaintiff, <br><br> v. <br><br> **CONSUMER ATTORNEYS ASSOCIATION OF LOS ANGELES**, ("**CAALA**") et al., <br><br> Defendants. | Case No.  2:23-cv-06460-SPG-MAA <br><br> **PLAINTIFF NEAL S. ZASLAVSKY, ESQ.'S NOTICE OF IDENTIFICATION OF ALL PARTIES TO THE JUDGMENT OR ORDER ON APPEAL** <br><br> **Judge:**    Hon. Sherilyn Peace Garnett <br><br> **Magistrate:** Hon. Rozella A. Oliver <br><br> **Complaint Filed:**  August 8, 2023 |

**TO THE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PERSONS:**

**PLEASE TAKE NOTICE** that, in connection with the appeal filed on April 12, 2024 by Plaintiff Neal S. Zaslavsky, Esq. ("Mr. Zaslavsky"), in compliance with the local rules, Mr. Zaslavsky hereby identifies all parties, including the names and addresses of those parties' attorneys, to the instant appeal:

| **PLAINTIFF:** | Neal S. Zaslavsky, Esq.  (SBN 277543) |
|---|---|
| Neal S. Zaslavsky, Esq. | **LAW OFFICE OF NEAL S. ZASLAVSKY, A PROFESSIONAL CORPORATION**<br>8335 Sunset Boulevard, Suite 101<br>West Hollywood, California  90069<br>Neal@NSZLegal.com<br>Tel.:  (323) 389-1881, Fax:  (323) 389-1885 |
| | |
| **DEFENDANTS:**<br><br>Consumer Attorneys Association of Los Angeles<br><br>Minh Tri Nguyen, Esq.<br><br>Martin Isaac Aarons, Esq.<br><br>Elizabeth Anne Hernandez, Esq.<br><br>Christa Haggai Ramey, Esq.<br><br>Dan Abir, Esq.<br><br>Kathryn Marie Trepinski, Esq.<br><br>Kwedi Moore | William A. Muñoz, Esq. (SBN 191649)<br>**FREEMAN MATHIS & GARY, LLP**<br>1013 Galleria Boulevard<br>Roseville, California 95678-1365<br>bill.munoz@fmglaw.com<br>Tel.:  (916) 472-3300, Fax:  (833) 297-6235 |

-1-

| **DEFENDANT:**<br><br>David Hoffman, Esq. | David Hoffman, Esq. (SBN 140557)<br>**DAVID HOFFMAN, A.P.C.**<br>21800 Oxnard Street, Suite 430<br>Woodland Hills, CA 91367<br>dhoffman@hoffmanlawcorp.com<br>Tel.:  (818) 346-3001, Fax:  (818) 346-3011 |
| --- | --- |

Respectfully submitted,

Dated:  April 12, 2024

**LAW OFFICE OF NEAL S. ZASLAVSKY, A PROFESSIONAL CORPORATION**

**By:** _____
Neal S. Zaslavsky, Esq.,
*Attorneys for Plaintiff, Neal S. Zaslavsky*